No. 74–5200.  HOLSEY *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 74–5206.  FOSTER ET AL. *v.* MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 74–5212.  YOUNG *v.* TEXAS DEPARTMENT OF CORRECTIONS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 74–5217.  IN RE KUNKLE.  Sup. Ct. S. D.  Certiorari denied.

No. 74–5219.  BARCENAS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5221.  WHISNANT *v.* DAVIS.  C. A. 6th Cir.  Certiorari denied.

No. 74–5224.  WELLS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 74–5228.  VANDYGRIFT *v.* PATTON, JUDGE.  Sup. Ct. Fla.  Certiorari denied.

No. 74–5234.  O'BRIEN *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 74–5242.  LONQUEST *v.* MEACHAM, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 74–5244.  FEASTER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5254.  WHITLOW *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.